PEOPLE V FLINT RIGGERS AND ERECTORS, INC, No. 90421. In lieu of granting leave to appeal, the case is remanded to the Court of Appeals for consideration as on leave granted. MCR 7.302(F)(1). Court of Appeals No. 130181.

*Leave to Appeal Denied August 27, 1991:*

LEAR V MICHIGAN CONSOLIDATED GAS COMPANY, No. 90357; Court of Appeals No. 131579.

CAMPBELL V BARRON, No. 90358; Court of Appeals No. 124152.

PEOPLE V JOHN M TAYLOR, No. 90410; reported below: 185 Mich App 1. Reconsideration denied October 28, 1991.

PEOPLE V JOHN L TAYLOR, No. 90462; Court of Appeals No. 110828.

PEOPLE V HILSON, No. 90474; Court of Appeals No. 116761.

PEOPLE V SOKOLIK, No. 90641; Court of Appeals No. 101680.

*Summary Dispositions August 30, 1991:*

CITY OF PORT HURON V HARRIS, No. 90687. In lieu of granting leave to appeal, the case is remanded to the Court of Appeals for consideration as on leave granted. MCR 7.302(F)(1). Court of Appeals No. 131834.

PEOPLE V MILTON, No. 90705. In lieu of granting leave to appeal, the case is remanded to the Court of Appeals to address the issue raised by the defendant in his supplemental brief which the Court of Appeals accepted on July 24, 1990. MCR 7.302(F)(1). In all other respects leave to appeal is denied. Jurisdiction is not retained. Reported below: 186 Mich App 574.

RICHARDS V ROCKWELL INTERNATIONAL, No. 90808. In lieu of granting leave to appeal, the case is remanded to the Court of Appeals for consideration as on leave granted. MCR 7.302(F)(1). Court of Appeals No. 133367.

PAFFHAUSEN V MEIJER, INC, No. 90813. In lieu of granting leave to appeal, the case is remanded to the Court of Appeals for consideration as on leave granted. MCR 7.302(F)(1). Court of Appeals No. 133248.

D'ANGELO V GENERAL MOTORS CORPORATION, No. 90825. In lieu of granting leave to appeal, the case is remanded to the Court of Appeals for consideration as on leave granted. MCR 7.302(F)(1). Court of Appeals No. 130032.

INNES V HOLLAND SCHOOL DISTRICT, Nos. 90956, 90977. In lieu of granting leave to appeal, the order of the Court of Appeals is vacated, and the case is remanded to that Court for consolidation with *Innes v Holland School Dist,* Court of Appeals Docket No. 138354, currently pending on application before that Court. The Supreme Court does